UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.

FMA ALLIANCE, LTD.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, RAYMOND D. ARLOZYNSKI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, FMA ALLIANCE, LTD., is a professional association and citizen of the State of Texas with its principal place of business at 12339 Cutten Road, Houston, Texas 77066.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's residential telephone on or about the dates stated:

> November 3, 2009 at 4:29 PM
> This is Patience calling from FMA Alliance with a personal private message for Raymond Arlozynski. If we have reached the wrong number for this person please call us back at 1-800-856-0420 to remove your phone number, and hang up now. If you are Raymond, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Raymond. There will now be a three second pause to allow you to listen to this personal message in private. Raymond, call Patience as soon as possible at 1-800-856-0420 extension 7114, reference the file number 25418143. FMA is a debt collector.

<u>November 4, 2009 at 3:44 PM</u>
This is Miss Harris calling from FMA Alliance with a personal and private message for Raymond Arlozynski. If we have reached the wrong number for this person please call us back at 800-856-0420 to have your phone number removed, and hang up now. If you are Raymond, Arlo – excuse me – if you are Raymond Arlozynski please continue to listen to this message. By continuing to listen to this message you acknowledge you are Raymond Arlozynski. There will now be a three second pause to allow you to listen to this personal message in private. Raymond Arlozynski, call Miss Harris as soon as possible at 800-856-0420 extension 7083, reference the file number 25418143. FMA is a debt collector. Contact us as soon as possible to discuss the special offers available to you.

<u>April 8, 2010 at 8:53 PM – Pre-Recorded Message</u>
If this is Raymond Arlozynski, please press 1 now, to place this call on hold to allow time for this person to come to the phone, please press 2. If this person is not available, please press 3. Hello, this is FMA Alliance with an important message for Raymond Arlozynski. If this is Raymond Arlozynski, please press 1 now, to place this call on hold to allow time for this person to come to the phone please press 2. If this person is not available please press 3.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

14. Defendant knew it was required to communicate its status as a debt collector and the purpose of its call in telephone messages to Plaintiff.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

15. Plaintiff incorporates Paragraphs 1 through 14.

16. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

17. Plaintiff incorporates Paragraphs 1 through 14.

18. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C

§1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com

    By: s/ Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658