UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-60758-CIV-SEITZSIMONTON

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

vs.

FMA ALLIANCE, LTD.

    Defendant.
_____/

## ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE-7]. Upon consideration, it is hereby

ORDERED THAT

1) This case is DISMISSED with prejudice.

2) All motions not otherwise ruled upon are DENIED as moot.

3) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 6th day of May, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record